**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LAURA OTTO,

CASE NO.: 8:25-cv-03064

Plaintiff,

vs.

BRIGHTVIEW LANDSCAPES, LLC,

Defendant.

_________________________________/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed by and between the undersigned counsel that the above-referenced action filed by Plaintiff Laura Otto against Defendant BrightView Landscapes, LLC shall be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs, disbursements, or attorney's fees to any party.

Dated: February 2, 2026

**SCHERTZER LAW, PLLC**
**Counsel for Plaintiff**
***/s/ Andrew Schertzer***
By: Andrew Schertzer, Esq.
Fla. Bar No.: 1044359
712 S. Howard Ave #205
Tampa, FL 33606
248-513-1017
Email: schertzer.andrew@yahoo.com

**GREENBERG TRAURIG, LLP**
**Counsel for Defendant**
***/s/ Jason B. Jendrewski***
By: Jason B. Jendrewski, Esq.
Admitted Pro Hac Vice
One Vanderbilt Avenue
New York, New York 10017
212-801-9268
Email: jason.jendrewski@gtlaw.com

**GREENBERG TRAURIG, P.A.**
Robert S. Galbo, Esq.
Fla. Bar No.: 106937
333 SE 2nd Avenue, Suite 4400
Miami, Florida 33131
305-579-0500
Email: galbor@gtlaw.com